# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 27, 2018

156490

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

HOMER ROBERT CLAY,
      Defendant-Appellant.

SC: 156490
COA: 328236
Allegan CC: 14-018840-FC

_____/

On order of the Court, the application for leave to appeal the July 25, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 27, 2018



a0723

Clerk